JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
JULIE A.K. CUMMINGS, SBN HI 10635
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (410) 966-1551
Facsimile: (415) 744-0134
E-Mail: Julie.Cummings@SSA.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KIM L. WILSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHELLE KING,<br>Acting Commissioner of Social Security,[1]<br><br>    Defendant. | Case 2:24-cv-01633-DJA<br><br>UNOPPOSED MOTION FOR EXTENSION OF TIME (*SECOND REQUEST*) |

Defendant, the Commissioner of Social Security, respectfully requests an extension of 30 days in which to respond to Plaintiff's Brief (ECF No. 15), filed on December 3, 2024, changing the date on which Defendant's response is due to from February 3, 2025, to March 5, 2025. This is Defendant's second request for an extension to respond to Plaintiff's motion. Counsel for Defendant conferred with a representative for counsel for Plaintiff on February 3, 2025, and confirmed that Plaintiff has no objection to this request.

---

[1] Michelle King became the Acting Commissioner of Social Security on January 20, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Michelle King should be substituted for Carolyn Colvin as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Defendant makes this request in good faith and for good cause. While working on this matter last week, I concluded that this case may present the opportunity for settlement. Therefore, I would like additional time so that I may discuss this possibility with my client. Accordingly, I ask the Court for more time so that I can properly represent the Commissioner in this matter.

For these reasons, the Commissioner respectfully requests that the Court grant this motion for an extension of 30 days for Defendant to respond to Plaintiff's Opening Brief.

DATED February 3, 2025.                    Respectfully submitted,

JASON M. FRIERSON
United States Attorney

s/ *Julie A.K. Cummings*
JULIE A.K. CUMMINGS
Special Assistant United States Attorney
Office of Program Litigation, Office 7

Attorneys for Defendant


IT IS SO ORDERED:

_____
HON. DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: _2/4/2025_____