SUE FAHAMI
Acting United States Attorney
Nevada Bar No. 5634
JULIE A.K. CUMMINGS, SBN HI 10635
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
410-966-1551
Julie.Cummings@SSA.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KIM L. WILSON,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>MICHELLE KING,<br>Acting Commissioner of Social Security,<br><br>　　　Defendant.[1] | Case 2:24-cv-01633-DJA<br><br>STIPULATED MOTION FOR REMAND and [PROPOSED] ORDER |

    IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

    On remand, the Appeals Council will direct the ALJ to develop the record as necessary, to provide the claimant an opportunity to submit additional evidence in support of her claim, and

---

[1] Michelle King became the Acting Commissioner of Social Security on January 20, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Michelle King should be substituted for Carolyn Colvin as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

to issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

DATED February 6, 2025.              Respectfully submitted,

                                          Dunn Law, PLLC

                                        <u>Jennifer L. Dunn</u>
                                        JENNIFER L. DUNN
                                          Attorney for Plaintiff
                                          (By email authorization)

                                          SUE FAHAMI
                                          Acting United States Attorney

                            By:   <u>s/ *Julie A.K. Cummings*</u>
                                          JULIE A.K. CUMMINGS
                                          Special Assistant United States Attorney
                                          Office of Program Litigation, Office 7

                                          Attorneys for Defendant

IT IS SO ORDERED. The Clerk of Court is kindly directed to enter judgment accordingly and close the case.

                                          _____
                                          HON. DANIEL J. ALBREGTS
                                          UNITED STATES MAGISTRATE JUDGE
                                          DATED: 2/7/2025

2