Jennifer Dunn, Esq.
*Pro Hac Vice* Attorney for Plaintiff
MA Bar No. 667726
Dunn Law, PLLC
890 Winter Street, Suite 230
Waltham, MA 02451
Phone: 781-478-7081
jdunn@dunnlawfirmpllc.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KIM L. WILSON,<br><br>      Plaintiff,<br>  vs.<br><br>LELAND DUDEK, Acting Commissioner of Social Security,<br><br>      Defendant, | Case No.: 2:24-cv-01633-DJA<br><br>**ORDER FOR ALLOWANCE OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412** |

Based upon the parties' Stipulation for Allowance of Fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, IT IS ORDERED that the stipulation (ECF No. 25) is GRANTED. IT IS FURTHER ORDERED that Plaintiff shall be awarded attorney fees in the amount of **$6,127.50** (six-thousand one-hundred twenty-seven dollars and fifty cents). Such award is made in full and final satisfaction (upon payment) of any and all claims under the EAJA for fees, expenses, and costs.

Any fees paid belong to Plaintiff and not Plaintiff's attorney and can be offset to satisfy any pre-existing debt that the litigant owes the United States, *Astrue v. Ratliff*, 560 U.S. 586 (2010). If Defendant can verify that Plaintiff does not owe a pre-existing debt to the government subject to the offset, Defendant will direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff and counsel.

DATED: 3/11/2025

_____
HON. DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE